24-07018MB(JR)

## AFFIDAVIT

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019. Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland. There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my 17-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property. I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCEL:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for a United States Postal Service (USPS) Ground Advantage (GA) parcel. The parcel has tracking number 9400 1362 0624 8116 5090 49, with pre-paid postage, postmarked from Tucson, Arizona on January 11, 2024. It bears a return address of "MK, 7605 S Rincoln Valley Ranch Rd, Vail, AZ 85641" and is addressed to "Nicole Assenza, 201 Warren Pkwy,

Frisco, TX 75034". The article consists of a small, white bubble mailing envelope. The envelope measures approximately 5" x 4.5". It is hereafter referred to as "SUBJECT PARCEL 1".

**BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE USPS DRUG MAIL PROFILING PROGRAM:**

3. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southern Arizona international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States, primarily to the large metropolitan areas in the eastern United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

4. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona and California, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

   a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

   b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

   c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

   d. The postage was paid with a means which leaves no trail identifying the mailer.

5. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

6. Since September of 2021, I have been reviewing USPS business records detailing outbound and inbound parcels to and from Tucson, Arizona using prepaid postage. After reviewing the report, there appeared to be a connection between various names and addresses utilized as the return address information. The data showed the sender could be concealing his or her identity because the parcels contain an illegal substance.

7. In June of 2023, I learned of a drug trafficking organization (DTO) who routinely mail controlled substances from Tucson, Arizona. The DTO uses various return names such as "MK Farm", "MK Farms", "Jeffery Anderson", "Seeds From MK Farm" and now "MK".

8. On July 5, 2023, I seized a USPS parcel which contained 29 grams of Clonazepam. That parcel had a return name of "MK Farm, 116 E Pastime Rd, Tucson, AZ 85705" and was addressed to "Elliot McCandles, 2233 Clifford St, Fort Myers, FL 33901-3519". That parcel was a small, white, bubble mailing envelope. The envelope measured approximately 7" x 4.5".

9. On August 24, 2023, I seized a USPS parcel which contained 8 grams of Zolpidem tablets pursuant to a federal search warrant (23-01985MB) signed by United States Magistrate Judge Bruce G. Macdonald. That parcel had a return name of "Seeds from MK Farm, 938 N Alder Ave, Tucson, AZ 85740" and was addressed to "Ehrmeet Traszck, 4725 Dorsey Hall Dr A511, Ellicott City MD 21042-7713". The article consisted of a small, green bubble mailing envelope. The envelope measured approximately 7" x 4.5".

10. On October 19, 2023, I seized a USPS parcel which contained 74 grams of Co-codamol pursuant to a federal search warrant (23-07633MB) signed by United States Magistrate Judge Lynnette C. Kimmins. That parcel had a return name of "Jeffery Anderson, 938 N Alder Ave, Tucson, AZ 85747" and was addressed to "Evan Haurigan, 73 Harvey Rd, Attleboro MA 02703-4312". The article consisted of a small, white bubble mailing envelope. The envelope measured approximately 6" x 4.5".

11. On December 11, 2023, I seized a USPS parcel which contained 19 grams of clonazepam pursuant to a federal search warrant (23-04771MB) signed by United States Magistrate Judge Maria S. Aguilera. That parcel had a return name of "MK, 452 W Courts Redford Pl, Vail AZ 85641" and was addressed to "Robert Sutton, 25150 N Cottonwood Ln, Paulden AZ 86334-2935". The article consisted of a small, pink bubble mailing envelope. The envelope measured approximately 7" x 4.5".

12. On January 25, 2024, I received SUBJECT PARCEL 1 from the Vail, Arizona Post Office after it was returned to the sender due to being undeliverable by the USPS. After observing SUBJECT PARCEL 1, I learned the following:

    a. It was mailed from Tucson, Arizona which is a source area for narcotics. The label had similar characteristics to the label on the previously seized parcels. A variation of MK was used on previous seizures. The parcel was also the same type of bubble mailer used in previous seizures.

    b. It had a tracking number. From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c. There are no telephone number listed on the mailing label for the addressee.

    d. The subject parcel was paid for in a manner to keep the anonymity of the sender from being identified by law enforcement.

13. On January 25, 2024, I could hear what appears to be pills "rattling" inside SUBJECT PARCEL 1.

14. Canine Examination:

    a. A canine was not requested for SUBJECT PARCEL 1 because I believe SUBJECT PARCEL 1 contains pharmaceutical drugs. These are not odors detection canines are trained to detect, but they are illegal to mail.

15. Based on the facts set forth in this affidavit, I believe there is probable cause to show that SUBJECT PARCEL 1 contain controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of 21 U.S.C. § 841

(a) (1), Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance.

16. This affidavit is submitted for the limited purpose of seeking authorization to search SUBJECT PARCEL 1. Your Affiant has not set forth each and every fact known to him regarding the investigation.

*William P. Akins*
_____
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
This 25th day of January, 2024

*Jacqueline M. Rateau*
_____
Jacqueline M. Rateau
United States Magistrate Judge