# Return

☒ FILED  ☐ LODGED

**Jan 26 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 24-07018MB(JR)

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-25-24 | 1-26-24 0910 | NA |

**INVENTORY MADE IN THE PRESENCE OF**

D. Bullard / W. Akins

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

21 grams alprazolam

Packaging material

## Not Executed

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 1-26-24

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title